UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| RAY BLAND OLIVER  #146296 | ) |
|     Plaintiff, | ) |
| vs. | ) CASE NO. 5:19-CV-02104-MHH-HNJ |
| | ) |
| COREY O. FOX, OFFICER | ) |
|     Defendants. | ) |

## AFFIDAVIT

STATE OF ALABAMA
JEFFERSON COUNTY

    Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Corey Fox, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

    My name is Corey Fox. I am presently employed as Correctional Officer with William E. Donaldson Correctional Facility. I am over twenty-one (21) years of age.

    On September 4, 2019, at approximately 9:35 am, I, Correctional Officer Corey Fox was the only assigned South Unit rover at the time of the incident. I observed inmate Ray Oliver B/M 146296 (N1-13A, Crip) behind the kitchen in an unauthorized area. I gave loud verbal commands for inmate Oliver to report back to his assigned living area. Inmate Oliver yelled obscenities towards me and continued to refuse my commands. As I approached inmate Oliver, I continued to give loud verbal commands for inmate Oliver to report to his assigned dorm. Inmate Oliver still refused. Once I reached inmate Oliver, inmate Oliver stated, "You just don't like black people" and swung and hit me in my face knocking me off balance and my radio dropped to the ground. I then responded with straight punches and palm heel strikes to the facial area and body of inmate Oliver. Inmate Oliver continued to fight as I utilized front and side covers to stop his series of punches and countered with more strikes to inmate Oliver's facial area. Inmate Oliver continued to resist by fighting back as I performed a two on one takedown. Once on the ground, I gained control of inmate Oliver and radioed for Sergeant Akeem Edmonds. All force ceased. Sergeant Edmonds responded and gain custody of inmate Oliver. No further action was taken by me.

*Corey Fox* (signature)
Corey Fox, Correctional Officer

SWORN TO AND SUBSCRIBED before me this 14th day of February, 2020.

*Taylor A. Rutley* (signature)
NOTARY PUBLIC

10-31-20
MY COMMISSION EXPIRES