# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| RAY BLAND OLIVER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:19-cv-02104-MHH-HNJ |
| OFFICER COREY O. FOX, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on November 30, 2020, recommending the defendant's special report be treated as a motion for summary judgment and that the motion be granted in part and denied in part. (Doc. 13). Although the parties were advised of their right to file specific written objections within 14 days, no objections have been received by the court.

Having reviewed the court file, the Court adopts the magistrate judge's report and accepts his recommendation. The Court grants the motion for summary judgment as to Mr. Oliver's claims against Officer Fox in his official capacity and denies the motion as to Mr. Oliver's excessive force claims against Officer Fox in his individual capacity. This matter is referred to the magistrate judge for further proceedings.

**DONE** and **ORDERED** this January 15, 2021.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE