# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **RAY BLAND OLIVER** ) | |
| **AIS #146296,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO.** |
| ) | **5:19-CV-02104-MHH-HNJ** |
| ) | |
| **OFFICER COREY O. FOX,** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

COMES NOW Assistant Attorney General Sara M. (Peggy) Rossmanith, and respectfully asks this Court's permission to substitute her as counsel of record for the Defendant, Officer Corey O. Fox, and, as grounds, states as follows:

The Defendant's current attorney of record, Neva C. Conway, is no longer employed by the State of Alabama Attorney General's Office.

Respectfully submitted,

STEVE MARSHALL
Attorney General

*/s/ Peggy M. Rossmanith*
SARA M. (PEGGY) ROSSMANITH
Assistant Attorney General

ADDRESS OF COUNSEL
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7300 (T)
(334) 353-8400 (F)
Sara.rossmanith@Alabamaag.gov

## CERTIFICATE OF SERVICE

    I hereby certify that I have on June 24, 2021, electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF electronic filing system and that I have further served a copy on the Plaintiff, by placing same in the United States Mail, postage prepaid, and properly addressed as follows:

    Ray Bland Oliver
    AIS #146296
    St. Clair Correctional Facility
    1000 St Clair Road
    Springville, Alabama 35146-9790

                                              */s/ Peggy M. Rossmanith*
                                              SARA M. (PEGGY) ROSSMANITH
                                              Assistant Attorney General